IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARL KIRKSEY                              :

      v.                                :       CIVIL ACTION NO. 02-3002

PHILIP L. JOHNSON, ET AL.                 :

                                                                          :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this           day of           ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable JAMES R. MELINSON, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
CLARENCE C. NEWCOMER, J.

civrr